UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK X

ANTHONY HERNANDEZ,
PLAINTIFF,

-AGAINST-

MICHAEL CAPRA, SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY SUED IN HIS INDIVIDUAL CAPACITY,
DEFENDANT. X

FEDERAL CIVIL RIGHT COMPLAINT

JURY TRIAL DEMANDED

RECEIVED
MAR 28 2025
PRO SE OFFICE

STATEMENT OF THE CASE

1. This is a federal civil right complaint filed by Plaintiff Pro Se Anthony Hernandez, pursuant to 42 U.S.C. section 1983 under the federal constitutional law of the United States Constitution, seeking a declaratory judgment that Defendant Michael Capra, Superintendent Of Sing Sing Correctional Facility violated his 8th amendment federal constitutional right when he states a cause of action on the claim that Defendant Michael Capra failed to protect him from harm by an unknown inmate in the prison yard and he has an unconstitutional practice and custom of inmates being assaulted by unknown inmates in the presence of security staff in B-Block yard; Supervisory liability; and he seeks a monetary reward of compensatory and punitive damages.

PARTIES

2. Plaintiff Pro Se Anthony Hernandez#23B0987 8TH amendment federal constitutional right was violated and he states a valid 8TH amendment federal constitutional claim to all relevant facts stated herein that transpired at Sing Sing Correctional Facility on October 17, 2023; Plaintiff Pro Se Anthony Hernandez is presently incarcerated at Wende Correctional Facility, 3040 Wende Road, P.O. Box 1187, Alden, New York 14004.

3. Defendant Michael Capra was the Superintendent Of Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562, acting under color of state law at all times relevant herein is

legally liable for his individual and direct supervisory unconstitutional conduct, practice and custom.

## JURISDICTION

4. This Federal Court has jurisdiction over this federal civil right action pursuant to 28 U.S.C. section 1331.

## VENUE

5. This cause of action arose in the Southern District Of New York. Therefore, venue is proper under 28 U.S.C. section 1391(B).

## STATEMENT OF CLAIM

6. On October 17, 2023 at approximately 7:00pm in Sing Sing Correctional Facility, Plaintiff Pro Se Anthony Hernandez was assaulted by an unknown inmate in the B-Block yard with a razor type weapon that resulted in a laceration to the right side of my face requiring 10 stitches from Westchester County Medical Center in the presence of security staff.

7. Defendant Michael Capra, Superintendent Of Sing Sing Correctional Facility has an unconstitutional practice and custom of inmates being assaulted by unknown inmates in the presence of security staff in the B-Block yard and is liable for failing to protect me from harm.

8. In the month Plaintiff Pro Se Anthony Hernandez had been incarcerated at Sing Sing Correctional Facility, approximately 20 seperate incidents similar or identical have occurred and has not changed and continue to happen. Within the last 5 years, so many incidents similar or identical have occurred and have not changed and continue to happen.

9. Defendant Michael Capra knows, created and allowed the unconstitutional practice and custom of inmates being assaulted by unknown inmates in the presence of security staff in the B-Block yard.

10. To state a claim for damages under section 1983, Plaintiff Anthony Hernandez must allege specific facts to demonstrate that Defendant Michael Capra, Superintendent Of Sing Sing Correctional Facility was personally or directly involved in the 8TH amendment federal constitutional violation, that is, that there was personal participation by one who had knowledge of the facts that rendered the conduct illegal.

11. Plaintiff Anthony Hernandez was hospitalized and has suffered a permanent laceration to his face; extreme physical pain; depression; mental anguish and psychological pain.

EXHAUSTED ADMINSTRATIVE REMEDIES

12. Plaintiff Anthony Hernandez exhausted all his available adminstrative remedies as required by Directive 4040 through the three step DOCCS Inmate Grievance channel process prior to filing this federal civil right complaint.

RELIEF REQUESTED

13. Plaintiff Anthony Hernandez seeks for this federal court to issue a declaratory judgment that Defendant Michael Capra violated his federal constitutional right under the 8TH amendment of the United States Constitution.

14. Plaintiff Anthony Hernandez seeks a monetary reward of compensatory damages against Defendant Michael Capra in the amount of $100,000.00.

15. Plaintiff Anthony Hernandez seeks a monetary reward of punitive damages against Defendant Michael Capra in the amount of $50,000.00.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED:OCTOBER 30,2024
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD,P.O.BOX 1187
ALDEN, NEW YORK 14004

Respectfully submitted,
Anthony Hernandez
ANTHONY HERNANDEZ#23B0987
PLAINTIFF-PRO SE

ANTHONY Hernadez #23B0987
WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-

March 3rd, 2025

1

Southern District of New York
U.S. District Courthouse
500 Pearl Street
New York, New York 10007

RE: People v. Anthony Hernadez
Status of 42 U.S.C § 1983

To whom this may concern:

I have written to this office as a Pro Se litigant in care of the above status , which I sent to your office in early November of 2024. As to this date I have not received any response concerning the above subject matter. I ask that your offiice look into this matter of concern and respond back to me as soon as possible.

I thank you for your time and indulgence involving this matter.

I remain,

Anthony Hernandez
ANTHONY HERNADEZ

Cc:

WENDE CORRECTIONAL FACILITY
3040 WENDE RD., PO BOX 1187
ALDEN, NY 14004-1187

Anthony Hernandez / 23B0987
INMATE NAME/NUMBER

RECEIVED
MAR 28 2025
PRO SE OFFICE

$1.77 Recorded
1.4oz

USM 4P
SDNY

CLERK of COURT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St
New York, N.Y. 10007

LEGAL MAIL